DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
EVAN H. ACKIRON, State Bar #164628
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:      (415) 554-3837
E-Mail:          evan.ackiron@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DEAN, individually, as successor to PAUL DEAN, and as Guardian Ad Litem for MARETA DEAN, a minor, and DARYL DEAN, a minor, SARA BECK, individually as Guardian Ad Litem for MATTHEW DEAN, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE CHIEF HEATHER FONG, SAN FRANCISCO POLICE OFFICER DANNY MAY, DOES 1-50,<br><br>Defendants. | Case No. C 05-1876 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date:   September 6, 2005<br>Time:                        3:00 pm<br>Place:                        Crtrm. E |

The case management conference in this case is currently scheduled for September 6, 2005. The defendants hereby request that the court continue the above case management conference for approximately 30 days. The plaintiff has no objection to this request. The reason for this request is as follows:

1  Through informal discussions with plaintiff's counsel, Deputy City Attorney Evan H. Ackiron
2  was aware that plaintiff was considering filing this action prior its being filed, and was also aware
3  that the action had been filed, but not served, in May 2005.  However, until yesterday, no one at the
4  Office of the City Attorney was aware that any defendants in this action had been served with the
5  summons and complaint.  As a consequence, no answers have been filed, no initial disclosures have
6  been made, counsel for the parties have not met and conferred regarding any case management issues,
7  and no Case Management Conference Statement has been prepared.  Accordingly, defendants request
8  that the conference be continued for approximately 30 days, so these pre-conference events can be
9  taken care of.

DATED: August 31, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

By:_____
EVAN H. ACKIRON
Deputy City Attorney
Attorneys for Defendants

SO STIPULATED

Dated:

Law Offices of Matthew W. Kumin

By:_____
MATTHEW W. KUMIN

Attorneys for Plaintiff

IT IS HEREBY ORDERED THAT

The case management conference in this case is continued to _____ at 3:00 p.m.

1  Through informal discussions with plaintiff's counsel, Deputy City Attorney Evan H. Ackiron
2  was aware that plaintiff was considering filing this action prior its being filed, and was also aware
3  that the action had been filed, but not served, in May 2005. However, until yesterday, no one at the
4  Office of the City Attorney was aware that any defendants in this action had been served with the
5  summons and complaint. As a consequence, no answers have been filed, no initial disclosures have
6  been made, counsel for the parties have not met and conferred regarding any case management issues,
7  and no Case Management Conference Statement has been prepared. Accordingly, defendants request
8  that the conference be continued for approximately 30 days, so these pre-conference events can be
9  taken care of.

10  DATED: August 31, 2005

                        DENNIS J. HERRERA
11                      City Attorney
                        JOANNE HOEPER
12                      Chief Trial Deputy

13

14                      By:_____
                            EVAN H. ACKIRON
15                          Deputy City Attorney
                            Attorneys for Defendants
16

17  SO STIPULATED

18  Dated: 8-31-05

19                      Law Offices of Matthew W. Kumin
20
21                      By:_____
                            MATTHEW W. KUMIN
22
                        Attorneys for Plaintiff
23

24

25  IT IS HEREBY ORDERED THAT
                                              October 11, 2005 at 10:00 a.m.
26  The case management conference in this case is continued to _____ at ~~3:00 p.m.~~

27

28
    STIP. RE: CMC                    2                    n:\litli\li2005\051686\00329607.doc
    CASE NO. C 05-1876

at 10:00 a.m.

1  The last day for the parties to meet and confer regarding initial disclosures, early settlement,
2  ADR process selection and discovery plan, and for the parties to file their ADR certification shall be
3  21 days prior to the case management conference
4  The last day for the parties to complete their initial disclosures and file their joint case
5  management statement shall be 7 days prior to the case management conference

DATED: September 1, 2005



_____
UNITED STATES MAGISTRATE JUDGE