1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   SAN FRANCISCO POLICE CHIEF FONG, AND
9  SAN FRANCISCO POLICE OFFICER DANNY MAY

10

11
                       UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14  JANET DEAN, individually, as successor     | Case No. C 05-1876 EDL
    to PAUL DEAN, and as Guardian Ad
15  Litem for MARETA DEAN, a minor, and        | **STIPULATION AND [PROPOSED]**
    DARYL DEAN, a minor, SARA BECK,            | **ORDER CONTINUING CASE**
16  individually and as Guardian Ad Litem for  | **MANAGEMENT CONFERENCE**
    MATTHEW DEAN, a minor,
17                                             | Hearing Date:   Feb. 21, 2006
              Plaintiffs,                      | Time:           10:00 a.m.
18                                             | Place:          Crtroom E
         vs.
19
    CITY AND COUNTY OF SAN
20  FRANCISCO, SAN FRANCISCO
    POLICE CHIEF HEATHER FONG, SAN
21  FRANCISCO POLICE OFFICER
    DANNY MAY, DOES 1-50,
22
              Defendants.
23

24       The case management conference in this case is currently scheduled for February 21, 2006.

25  The defendants hereby request that the court continue the above case management conference. The

26  reason for this request is as follows:

27

28

Stipulation to Cont CMC                                      n:\lit\li2005\051686\00358193.doc
CASE NO.  C 05-1876

Deputy City Attorney, Sean Connolly, who substituted in as trial counsel sometime in early December of 2005, after the case management conference date was set, will be out of town on a vacation – that week is winter break for his school-aged children.

The parties have met and conferred, the plaintiff has no objection to this request, and respectfully request March 7 or March 14, 2006 for further case management conference.

DATED: February 13, 2006

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy

            By:  /s/Sean F. Connolly
                SEAN F. CONNOLLY
                Deputy City Attorney
                Attorneys for Defendants

SO STIPULATED

Dated: February 13, 2006

                Randolf Daar, Esq.

            By:  /s/ Randolf Daar
                RANDOLF DAAR, ESQ.
                Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:

The case management conference in this case is continued to March 14, 2006 at 10:00 a.m.

The last day for the parties to complete their initial disclosures and file their joint case management statement shall be 7 days prior to the case management conference

DATED: February 16, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE