DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:           sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF FONG, AND
SAN FRANCISCO POLICE OFFICER DANNY MAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DEAN, individually, as successor to PAUL DEAN, and as Guardian Ad Litem for MARETA DEAN, a minor, and DARYL DEAN, a minor, SARA BECK, individually and as Guardian Ad Litem for MATTHEW DEAN, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE CHIEF HEATHER FONG, SAN FRANCISCO POLICE OFFICER DANNY MAY, DOES 1-50,<br><br>        Defendants. | Case No. C 05-1876 EDL<br><br>[~~PROPOSED~~] ORDER STRIKING PLAINTIFFS' EXHIBIT ONE FROM THE DOCKET [ENTRY NO. 29] [MARCH 13, 2006];<br><br>ORDER DIRECTING DISTRICT COURT CLERK TO STRIKE AND REMOVE EXHIBIT FROM DOCKET |

TO THE CLERK OF THIS COURT, AND ALL PARTIES:

This matter came on for hearing on March 21, 2006. Sean F. Connolly, Deputy City Attorney, appeared for defendants. Matthew Kumin, Esq., appeared for plaintiffs. Having read and considered the arguments in this matter, the Court Orders the following:

1  GOOD CAUSE APPEARING, defendants' motion to strike plaintiffs' exhibit one to plaintiffs'
2  reply found at docket entry no. 29 [March 13, 2006] is hereby granted.
3  GOOD CAUSE APPEARING, the Court hereby strikes from the docket in the above
4  captioned matter, plaintiffs' exhibit one, attached to plaintiffs Reply Brief: re Petitions of Janet Dean
5  and Sarah Beck, and filed on March 13, 2006, as docket entry # 29, on the PACER/ECF docket.
6  The court further orders the Clerk of the District Court to strike and remove the above
7  identified exhibit from the docket and ECF docket system.
8  IT IS SO ORDERED.
9  Dated: March 2̶1̶, 2006         22

10  By: _____
11  ELIZABETH D. LAPORTE
    MAGISTRATE JUDGE
12  UNITED STATES DISTRICT COURT

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

Proposed Order Striking P Exhibit                                    n:\lit\li2005\051686\00365137.doc
CASE NO.  C 05-1876