IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DEAN, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>      Defendants.<br>_____ / | No. C-05-01876 EDL<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES AND SETTING STATUS CONFERENCE** |

On May 11, 2006, Plaintiffs' counsel filed a request to vacate all pretrial and trial dates on the grounds that he intends to withdraw from this case and that Plaintiffs are in the process of obtaining new counsel. Defendants do not oppose Plaintiffs' request to vacate all dates. Accordingly, all pretrial and trial dates as set forth in the Court's March 31, 2006 Amended Case Management and Pretrial Order for Jury Trial are vacated.

Counsel shall appear for a status conference on June 13, 2006 at 10:00 a.m. to discuss, *inter alia,* a new pretrial and trial schedule and outstanding discovery issues. If Plaintiffs are not represented by counsel as of that date, they (except for the minor Plaintiffs) shall appear at the status conference in person. The parties shall file a joint status conference statement no later than June 6, 2006.

**IT IS SO ORDERED.**

Dated: May 17, 2006

                                                  *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge