| | |
|---|---|
| 1 | RANDOLPH DAAR, CSB 88195 |
| | Pier 5 Law Offices |
| 2 | 506 Broadway |
| | San Francisco, CA 94133 |
| 3 | Telephone: (415) 986-5591 |
| | Facsimile: (415) 421-1331 |
| 4 | |
| | MATTHEW KUMIN, State Bar #177561 |
| 5 | LAW OFFICES OF MATTHEW KUMIN |
| | 870 Market Street, Suite 1128 |
| 6 | San Francisco, CA 94102 |
| | Telephone: (415) 434-8454 |
| 7 | Facsimile: (415) 434-8453 |
| 8 | Attorneys for Plaintiffs |
| | JANET DEAN, SARAH BECK, |
| 9 | MARETA DEAN, DARYL DEAN |
| | and MATTHEW DEAN |
| 10 | |
| 11 | DENNIS HERRERA, CSB 139669 |
| | City Attorney |
| 12 | JOANNE HOEPER, CSB114961 |
| | Chief Trial Deputy |
| 13 | SEAN CONNOLLY, CSB 152235 |
| | Deputy City Attorney |
| 14 | 1390 Market Street, 6th Floor |
| | San Francisco, CA 94102 |
| 15 | Telephone: (415) 554-3800 |
| | Facsimile: (415) 554-3837 |
| 16 | |
| 17 | Attorneys for Defendants |
| | CITY AND COUNTY OF |
| 18 | SAN FRANCISCO, HEATHER FONG and DANNY MAY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DEAN et al., | Case No. C05- 1876 EDL |
| Plaintiff, | **VOLUNTARY DISMISSAL BY PLAINTIFF AND STIPULATION [F.R.C.P. RULE 41(a)(1)]; ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, POLICE CHIEF HEATHER FONG, DANNY MAY, DOES 1-50 inclusive, individually and in their official capacities, | |
| Defendants. | |

VOLUNTARY DISMISSAL BY STIPULATION and ORDER
JANET DEAN et al v. CCSF, et al. – USDC No. C05-1876 EDL

1

1  Plaintiffs JANET DEAN, SARAH BECK, DARYL DEAN, MARETA DEAN and
2  MATTHEW DEAN hereby voluntarily dismiss their lawsuit in its entirety and with prejudice. Each
3  party shall bear their own attorney fees and costs.

Dated: June 20, 2006

LAW OFFICES OF RANDOLPH DAAR
LAW OFFICES OF MATTHEW KUMIN

By: /s/ Matthew Kumin
MATTHEW KUMIN
Attorney for Plaintiffs, JANET DEAN, SARAH BECK
MARETA DEAN, DARYL DEAN and MATTHEW
DEAN

Dated: June 20, 2006

DENNIS HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN CONNOLLY
Deputy City Attorney

By /s/ Sean Connolly
SEAN CONNOLLY
Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG, and DANNY MAY

ORDER

The parties having stipulated to the dismissal of this matter with prejudice,

IT IS SO ORDERED

That this matter shall be dismissed with prejudice. Each party shall bear their own fees and costs.

DATED: June 20, 2006

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

VOLUNTARY DISMISSAL BY STIPULATION and ORDER
JANET DEAN et al v. CCSF, et al. – USDC No. C05-1876 EDL

2